# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DEMETRIC MULLER and
ANTONIO MULLER,

    Plaintiffs,

v.                                             Case No. 3:19-cv-431-J-32JBT

GMF-PRESERVATION OF
AFFORDABILITY CORP.,

    Defendant.

## **O R D E R**

This case is before the Court on Plaintiffs Demetric and Antonio Muller's Motion to Remand. (Doc. 7). Defendant GMF-Preservation of Affordability Corporation responded. (Doc. 8). On July 19, 2019, the Court held a hearing on the motion, the record of which is incorporated herein. (Doc. 10).

Accordingly, it is hereby

**ORDERED:**

1. For the reasons stated on the record, Plaintiffs' Motion to Remand (Doc. 7) is **GRANTED**.

2. This case is **REMANDED** to the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida.

3. After remand has been effected, the Clerk shall terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of July, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

cm
Copies to:

Counsel of record